UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   **4:24-cr-00436-RWS** |
| | ) | |
| RICHARD CHARLES APPELBAUM, III, | ) | |
| | ) | |
| Defendant. | ) | |

## **INFORMATION**

The United States Attorney charges that:

## **COUNT 1**
### **(Money Laundering Conspiracy)**

1.      Beginning in approximately February 2022 and continuing until December 14, 2023, in the Eastern District of Missouri, and elsewhere,

## **RICHARD CHARLES APPELBAUM, III,**

the defendant herein, did knowingly combine, conspire and agree with other persons, known and unknown, to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of specified unlawful activities, that is, wire fraud in violation of Title 18, United States Code, Section 1343, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of such specified unlawful activity, and that while conducting the financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(l)(B)(i).

In violation of Title 18, United States Code, Section 1956(h).

<u>FORFEITURE ALLEGATION</u>

The Grand Jury further finds by probable cause that:

1.      Pursuant to Title 18, United States Code, Sections 982(a), upon conviction of an offense in violation of Title 18, United States Code, Section 1956, as set forth in Count 1, the defendant shall forfeit to the United States of America any property, real or personal, involved in such offense, or any property traceable to such property.

2.      Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, involved in the offense set forth in Count 1, or any property traceable to such property.

3.      Specific property subject to forfeiture includes, but is not limited to, the following:

a.      $95,000 in U.S. currency seized from Bank of America account ending in #8710 held in the name of MGA Global Enterprises LLC on April 19, 2023.

4.      If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

_/s/  Kyle T. Bateman_____
KYLE T. BATEMAN, #996646DC
Assistant United States Attorney

2

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Kyle T. Bateman, Assistant United States Attorney for the Eastern District of Missouri,

being duly sworn, do say that the foregoing information is true as I verily believe.

_/s/ Kyle T. Bateman_____
KYLE T. BATEMAN, #996646DC

Subscribed and sworn to before me this __23rd___ day of August, 2024.

_____Nathan M. Graves_____
CLERK, U.S. DISTRICT COURT

By: _____/s/ JKL_____
DEPUTY CLERK